UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Drive, Suite 111
Marlton, NJ 08053
Attorney for Debtor
RM-1141

In Re:

    Vania N. Lewis

Case No. 16-13961ABA

Judge: Andrew B. Altenburg

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

## CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

    X    TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at _____ a.m.

OR

\_\_\_\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at \_\_\_\_ a.m.

OR

\_\_\_\_\_ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

\_\_\_X\_\_ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

__X__ Other: I will file a modified plan with the court and will resume trustee payments as of December 2017. I respectfully request the court deny the trustee's request to dismiss my case and allow me to continue with my bankruptcy plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: November 17, 2017                                             /s/ Vania N. Lewis
                                                                    Vania N. Lewis, Debtor