# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Vania N. Lewis

Case No.: 16-13961

Hearing Date: _____

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 1/12/2018 at 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: November 20, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on November 20, 20 17 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Vania N. Lewis  
    Debtor

Case No. 16-13961-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db          +Vania N. Lewis,    536B Willowturn,    Mount Laurel, NJ 08054-3183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
       Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION nj_ecf_notices@buckleymadole.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Robert Manchel    on behalf of Debtor Vania N. Lewis manchellaw@yahoo.com  
                                                                                                 TOTAL: 6